◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY DAVIS, Appellant. [864 NYS2d 779]—Appeal by the defendant from an order of the County Court, Westchester County (Bellantoni J.), entered July 18, 2007, which, after a hearing pursuant to Correction Law article 6-C, designated him a level three sex offender.

Ordered that the order is affirmed, without costs or disbursements.

There was clear and convincing evidence to support the County Court's determination to designate the defendant a level three sex offender (*see People v Fisher,* 36 AD3d 880 [2007]; *People v Inghilleri,* 21 AD3d 404 [2005]; *People v Guaman,* 8 AD3d 545 [2004]). There is no merit to the defendant's contention that he was entitled to a downward departure from this risk level (*see People v Gonzalez,* 48 AD3d 284 [2008]; *People v Warren,* 42 AD3d 593 [2007]; *People v Fortin,* 29 AD3d 765 [2006]; *People v Tilley,* 305 AD2d 1041 [2003]; *see also People v Miller,* 48 AD3d 774 [2008]; *People v Wright,* 37 AD3d 797 [2007]; *People v Lombard,* 30 AD3d 573, 574 [2006]). Prudenti, P.J., Santucci, McCarthy and Chambers, JJ., concur.